UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 24-21854-CV-Williams

QBE SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.

CITY OF MIAMI *et al*.,

    Defendants.
_____/

**NOTICE ADVISING THE COURT OF PLAINTIFF QBE SPECIALTY INSURANCE COMPANY'S POSITION ON JOE CAROLLO'S MOTION FOR EXTENSION OF TIME**

    Counsel for QBE Specialty Insurance Company ("QBE") has advised undersigned counsel that QBE does not oppose Joe Carollo's Motion for Extension of Time (the "Motion") [ECF No. 133]. Accordingly, the motion is now unopposed by any party.

Dated: January 15, 2025

    Respectfully submitted,

**RIVERO MESTRE LLP**
*Attorneys for Joe Carollo*
2525 Ponce de Leon Blvd., Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: ccl@riveromestre.com
      jmestre@riveromestre.com
      arolnick@riveromestre.com

By: */s/ Christina Ceballos-Levy*
CHRISTINA CEBALLOS-LEVY
Florida Bar No. 411965
JORGE MESTRE
Florida Bar No. 88145
ALAN H. ROLNICK
Florida Bar No. 715085

## CERTIFICATE OF SERVICE

I certify that on January 15, 2025, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By:  /s/ *Christina Ceballos-Levy*
     CHRISTINA CEBALLOS-LEVY